IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BETTY KNOX                                                                                                     PLAINTIFF

v.                       Civil No. 05-5127

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                    DEFENDANT

## **JUDGMENT**

Comes now the Court on this 24th day of July, 2006, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g),* for further consideration consistent with the Memorandum Opinion.

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer*, 509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed. 2d 239 (1993), a petition for attorney's fees under the Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes final.

IT IS SO ORDERED.

                                                                  **/s/ Beverly Stites Jones**

                                              HON. BEVERLY STITES JONES
                                              UNITED STATES MAGISTRATE JUDGE